**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEIVID DARIO VELEZ OVIEDO, on behalf of himself and others similarly situation,<br><br>    Plaintiff,<br><br>v.<br><br>VILLAGE AUTO WASH LIMITED LIABILITY COMPANY, d/b/a VILLAGE AUTO WASH, ALEX RODRIGUEZ and TETERBORO AUTOMALL, INC., d/b/a TETERBORO CHRYSLER JEEP DODGE RAM<br><br>    Defendants. | **Civil Action No.:** 18-cv-17414<br><br><br>**NOTICE OF MOTION**<br><br>**TO ENFORCE SETTLEMENT** |

**PLEASE TAKE NOTICE** Defendants Village Auto Wash and Alexander Rodriguez, by and through its counsel, Mark Law Firm, LLC, will move for an Order Enforcing Settlement.

**PLEASE TAKE FURTHER NOTICE** that Defendants will reply upon the brief in support of the Motion to Enforce Settlement, Certification of Jamison M. Mark, Esq., Defendants' counsel, and Exhibits.

                                            Respectfully submitted,

                                            /s/   *JAMISON M. MARK*
                                            Jamison M. Mark, Esq.
                                            Attorney for Defendants, Village Auto Wash
                                            and Alex Rodriguez
                                            Email: jmark@newjerseyattorneys.com

Dated: June 29, 2020