UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **DEIVID DARIO VELEZ OVIEDO,** | : | Civil Action No. 18-17414 (ES) (MAH) |
| Plaintiff, | : | |
| v. | : | ORDER |
| **VILLAGE AUTO WASH LIMITED LIABILITY COMPANY, etc., et al.,** | : | |
| Defendants. | : | |

This matter having come before the Court for a Fairness Hearing to approve a settlement of this matter on October 30, 2020;

and the Court having heard argument from both Plaintiff's and Defendant's counsel regarding the settlement;

and for the reasons stated on the record during the fairness hearing;

and for good cause shown,

**IT IS ON THIS 30th day of October 2020,**

**ORDERED** that the Court hereby approves the settlement of this matter pursuant to the Fair Labor Standards Act.

*s/ Michael A. Hammer*_____
**United States Magistrate Judge**